PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gregory Miller                                       Cr.: 03-00251-001
                                                                      PACTS Number: 35759

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Date of Original Sentence: 07/28/03

Original Offense: Unlawful Possession of a Firearm by convicted felon

Original Sentence: 77 months

Type of Supervision: Supervision                        Date Supervision Commenced: 03/31/11

## PETITIONING THE COURT

[ ] To extend the term of supervision for        Years, for a total term of        Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

   The defendant shall participate in an approved program for anger management.

## CAUSE

The offender has various arrests involving violence against women.

Respectfully submitted,

By: Andrea Shumsky
   U.S. Probation Officer
Date: 04/04/11

PROB 12B - Page 2
Gregory Miller

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 9, 2011
_____
Date