PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Gregory Miller                                    Cr.: 03-00251-001
                                                                     PACTS #: 35759

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 04/05/04

Original Offense: Unlawful Possession of a Firearm by Convicted Felon

Original Sentence: 77 months; three years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/31/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.' |
| | On October 20, 2011, Miller tested positive for marijuana at Jersey City Medical, where he was directed to give a urine sample. On October 23, 2011, the offender stalled when directed to give a urine sample at his residence. On October 24, 2011, he tested positive for marijuana at the probation office and admitted to smoking it on October 19, 2011. On October 29, 2011, Miller administered a positive test for phencyclindine (PCP) at Code-A-Phone, a random drug program, and immediately denied the use. On November 4, 2011, he was drug tested again at his residence, and was positive for PCP. At that time, he admitted to asking a stranger for a cigarette, not knowing it was laced with PCP. On November 10, 2011, Miller signed a Waiver of Hearing to Modify Conditions of his supervised release, adding 60 days of location monitoring. |

U.S. Probation Officer Action: We will continue to monitor the offender's drug results and place him on phase I of Code-A-Phone. The probation office will increase the random drug tests to ensure the offender remains drug free. We will also place the offender on 60 days location monitoring with the payment waived. We will advise the Court if Miller continues in any further noncompliance.

Respectfully submitted,

By: Andrea Shumsky
U.S. Probation Officer
Date: 10/24/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

December 1, 2011
Date